AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Frederick Chappell,  *Plaintiff*  v.  Nelson V. Leeke, et al; Byers, SCDC Director; Unknowns, SCDC Defendants to be amended,  *Defendant* | Civil Action No.    1:12-cv-01613-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Frederick Chappell, shall take nothing of the defendants, Nelson V. Leeke, Byers, and Unknowns, as to the complaint filed pursuant to 42 U.S.C. §1983 and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which dismissed the case with prejudice.

Date:  October 24, 2012                                                *LARRY W. PROPES, CLERK OF COURT*

                                                                                                 *s/A. Buckingham*
                                                                                     *Signature of Clerk or Deputy Clerk*